Case Name: PERRY, JOSEPH P.
PERRY, REGINA A.
Case No:    06-71458

## <u>CERTIFICATION OF REVIEW</u>

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: December 1, 2008                WILLIAM T. NEARY
United States Trustee, Region 11


BY:    */s/ Carole J. Ryczek*
CAROLE J. RYCZEK
Attorney for the U.S. Trustee