UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| PERRY, JOSEPH P | ) | CASE NO. 06-71458-MLB |
| PERRY, REGINA A | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 211 South Court Street, Rockford, IL 61101

   On: Monday, December 22, 2008        Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $55,000.00 |
   | Disbursements | $36,288.66 |
   | Net Cash Available for Distribution | $18,711.34 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue<br>*Trustee* | $0.00 | $4,750.00 | $0.00 |
| McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $4,800.00 | $71.99 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $33,106.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 27.4550%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $6,261.50 | $1,719.10 |
| 2 | Capital Recovery One | $385.11 | $105.73 |
| 3 | Chase Bank USA, NA | $6,936.74 | $1,904.48 |
| 4 | Chase Bank USA, NA | $495.09 | $135.93 |
| 5 | Chase Bank USA, NA | $4,607.11 | $1,264.88 |
| 6 | Sallie Mae | $12,522.91 | $3,438.17 |
| 7 | eCast Settlement Corporation Assign | $1,897.89 | $521.06 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Property | $142,000.00 |

| | |
|---|---|
| Cash on hand | $6.00 |
| Cash on hand | $1.00 |
| Checking Account | $1.00 |
| Checking Account | $200.00 |
| TV, stereo | $400.00 |
| Household goods and furnishings | $2,000.00 |
| Wearing Apparel | $2.00 |
| Wearing Apparel | $300.00 |
| Jewelry | $100.00 |
| Firearms | $50.00 |
| Term insurance | $0.00 |
| Term insurance | $0.00 |
| 401k | $27,000.00 |
| Hand tools | $1,000.00 |
| 2003 Saturn L200 | $8,000.00 |
| 1998 Ford Contour | $3,500.00 |

Dated: November 19, 2008                    /s/ Daniel M. Donahue, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: jshores                Page 1 of 1                  Date Rcvd: Dec 02, 2008
Case: 06-71458                 Form ID: pdf002              Total Served: 30

The following entities were served by first class mail on Dec 04, 2008.
db         +Joseph P. Perry,   3921 Linden Rd.,   Rockford, IL 61109-3246
jdb        +Regina A. Perry,   3921 Linden Rd.,   Rockford, IL 61109-3246
aty         Daniel M Donahue,   P. O. Box 2903,   Rockford, IL  61132-2903
aty        +Jeffrey A Bivens,   Jeffrey A. Bivens, PC,   5844 Elaine Drive,   Rockford, IL 61108-2494
tr          Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
10867898    Avenue,   P.O. Box 659584,   San Antonio, TX 78265-9584
10867899    Best Buy,   c/o HRS,   P.O. Box 17298,   Baltimore, MD 21297-1298
10867901    Capital One,   PO Box 85147,   Richmond, VA 23285-5147
10867900   +Capital One,   P.O. Box 60000,   Seattle, WA 98190-6000
10867903    Chase,   PO Box 52195,   Phoenix, AZ 85072-2195
10867902    Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
11841777    Chase Bank USA, NA,   PO BOX 15145,   Wilmington, DE 19850-5145
10867904    Chase Manhattan Mortgage,   P.O. Box 9001319,   Louisville, KY 40290-1319
10867908   +GMAC,   15303 S. 94th Ave.,   Orland Park, IL 60462-3825
10867909   +HSBC,   1441 Schilling Place,   Salinas, CA 93901-4543
10867910    HSBC,   P.O. Box 5244,   Carol Stream, IL 60197-5244
10867911    HSBC Bank,   P.O. Box 37278,   Baltimore, MD 21297-3278
10867912    Menard’s,   P.O. Box 17602,   Baltimore, MD 21297-1602
11910744   +Sallie Mae,   c/o Sallie Mae, Inc.,   220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
10867913    Sallie Mae,   P.O. Box 4600,   Wilkes Barre, PA 18773-4600
10867914   +Sallie Mae,   1002 Arthur Drive,   Lynn Haven, FL 32444-1683
10867915    Sam’s Club,   PO Box 105980,   Dept. 77,   Atlanta, GA 30348-5980
11961669    eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
             Newark NJ 07193-5480

The following entities were served by electronic transmission on Dec 03, 2008.
12594122   +E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2008 05:17:07     Capital Recovery One,
             25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
10867905    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2008 05:31:40     Discover,   Greenwood Trust,
             P.O. Box 6000,   Dover, DE 19903
10867906    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2008 05:31:40     Discover,   P.O. Box 689,
             Sandy, UT 84091-0689
10867907    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2008 05:31:40     Discover,   PO Box 30395,
             Salt Lake City, UT 84130-0395
11826116    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2008 05:31:40
             Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
12594123    E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2008 05:17:08
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
11831284   +E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2008 05:17:04
             Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM’S CLUB,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Adam S. Long,   Barrick, Switzer, Long, Balsley & Van Ev
                                                                                              TOTALS: 1, * 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2008**                     **Signature:** *Joseph Speetjens*