UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JOSEPH P. PERRY and | ) | NO. 06-71458 |
| REGINA A. PERRY, | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtors. | ) | |

### TRUSTEE'S FINAL ACCOUNT AND APPLICATION
### TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE MANUEL BARBOSA
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certified that the estate has been fully administered, requested that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

_____3-13-09_____                    _____
DATE                                 TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated this 16th day of March, 2009.

WILLIAM T. NEARY
United States Trustee

By: _Christine K. Miller_
Christine K. Miller
Paralegal Specialist



```
CUSTOMER CONNECTION                      Account Number    4429751156
BANK OF AMERICA, N.A.                    01 01 148 06 M0000 E#         0
DALLAS, TEXAS  75283-2406                Last Statement:    01/30/2009
                                         This Statement:   02/27/2009
```

Customer Service
1-877-757-8233

ESTATE OF
PERRY, JOSEPH P, DEBTOR
PERRY, REGINA A, DEBTOR                Page    1 of    2
DANIEL M. DONAHUE - TRUSTEE
06-71458                               Bankruptcy Case Number:0671458
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 01/31/2009 - 02/27/2009   Statement Beginning Balance       .00
Number of Deposits/Credits          0      Amount of Deposits/Credits        .00
Number of Checks                    0      Amount of Checks                  .00
Number of Other Debits              0      Amount of Other Debits            .00
                                           Statement Ending Balance          .00
Number of Enclosures                0
                                           Service Charge                    .00
```

**Daily Balances**

| Date  | Ledger Balance | Collected Balance | Date  | Ledger Balance | Collected Balance |
|-------|----------------|-------------------|-------|----------------|-------------------|
| 01/30 | .00            | .00               | 02/27 | .00            | .00               |